JS-6

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE (Cal. Bar Pending)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4493
    Facsimile:  (213) 894-7177
    E-mail:  Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 15-00259-GW (Ex) |
| Plaintiff, | |
| v. | <u>JUDGMENT OF FORFEITURE</u> |
| VARIOUS RESTAURANT FURNITURE AND GOODS OF IRANIAN ORIGIN | |
| Defendants. | |

    This action was filed on January 13, 2015 against the defendants Various Restaurant Furniture and Goods of Iranian Origin (hereinafter, the "defendants") pursuant to 19 U.S.C. § 1595(a)(c)(1)(A) and (c)(2)(B).  On March 9, 2015, Habibollah Elahinejad filed a Claim and Answer to the Complaint for Forfeiture.  (Dkt. #10 and Dkt. #11.)  On October 9, 2015, plaintiff filed a Notice of Motion and Motion for Summary Judgment as to Forfeiture.  (Dkt. #29.)  On December 10, 2015, this Court granted plaintiff's Motion for Summary Judgment.  (Dkt. #44.)

On December 15, 2015, Minoo Elahinejad filed a Claim and Answer to Complaint (Dkt. #47) and a Certification and Notice of Interested Parties (Dkt. #48).  On January 7, 2016, plaintiff filed a Notice of Motion and Motion to Strike for Lack of Standing the Claim of Minoo Elahinejad.  (Dkt. #53).  On February 8, 2016, this Court held a Motions Hearing.  (Dkt. #59).  On March 23, 2016, this Court granted plaintiff's Motion to Strike for Lack of Standing the claim of Minoo Elahinejad.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.  The Complaint for Forfeiture states a claim for relief pursuant to 19 U.S.C. §§ 1595a(c)(1)(A) and (c)(2)(B).

C.  Notice of this action has been given and published in accordance with law.  Other than those noted above, no one other than claimants have filed a claim or answer, and the time for filing claims and answers has expired.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

D.  The defendant Various Restaurant Furniture and goods of Iranian Origin shall be forfeited to the United States of America, and no other right, title, or interest shall exist therein.  The Government shall dispose of the forfeited property according to law.

**IT IS SO ORDERED.**

March 25, 2016
DATE

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

  /s/*Christen A. Sproule*
CHRISTEN A. SPROULE
Assistant United States Attorney